CENTRAL R. OF NEW JERSEY v. NEW YORK CENT. R. CO. (Circuit Court of Appeals, Second Circuit. November 10, 1920.) No. 9. Appeal from the District Court of the United States for the Eastern District of New York; Thomas I. Chatfield, Judge. Libel by the Central Railroad Company of New Jersey against the New York Central Railroad Company. From a decree for libelant (254 Fed. 873), respondent appeals. Affirmed. Alex S. Lyman, of New York City (W. Mann, of New York City, of counsel), for appellant. Macklin, Brown, Purdy & Van Wyck, of New York City (P. M. Brown, of New York City, of counsel), for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

---

CHENEY TALKING MACH. CO. v. VICTOR TALKING MACH. CO. (Circuit Court of Appeals, Sixth Circuit. October 15, 1920.) No. 3481. Appeal from the District Court of the United States for the Southern Division of the Western District of Michigan; C. W. Sessions, Judge. Wilkinson, Huxley, Byron & Knight, of Chicago, Ill., and Travis, Merrick, Warner & Johnson, of Grand Rapids, Mich., for appellant. Kenyon & Kenyon, of New York City, and Knappen, Uhl & Bryant, of Grand Rapids, Mich., for appellee.

PER CURIAM. Order dismissing without prejudice and remanding for purpose of rehearing in District Court.

---

ERIE R. CO. v. ANDERSON. (Circuit Court of Appeals, Sixth Circuit. October 6, 1920.) No. 3427. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. Cook, McGowan, Foote, Bushnel & Lamb, of Cleveland, Ohio, for plaintiff in error. Anderson, Lamb & Osborne, of Youngstown, Ohio, and J. J. Tetlow, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation.

---

FIRST NAT. BANK OF CHICAGO v. FIRST NAT. BANK OF CASSELTON et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1920.) No. 5657. In Error to the District Court of the United States for the District of North Dakota. See, also, 261 Fed. 912. George L. Wire, of Mitchell, S. D., and A. W. Cupler, of Fargo, N. D., for plaintiff in error. Aubrey Lawrence and M. W. Murphy, both of Fargo, N. D., for defendants in error.

PER CURIAM. Writ of error dismissed with prejudice, but without costs to either party in this court, pursuant to stipulation.

---

FOX TYPEWRITER CO. v. CORONA TYPEWRITER CO. (Circuit Court of Appeals, Sixth Circuit. December 9, 1920.) No. 3509. Appeal from the District Court of the United States for the Southern Division of the Western District of Michigan; C. W. Sessions, Judge. Chappell & Earl, of Kalamazoo, Mich., for appellant. Kenyon & Kenyon, of New York City, for appellee.

PER CURIAM. Order authorizing District Court to receive and consider application to reopen.